JOHN W. BURR, RESPONDENT, *v.* AGRICULTURAL INSUR-ANCE COMPANY, APPELLANT.

*Principal and agent.*

APPEAL from a judgment in favor of the plaintiff, entered upon a verdict rendered at the Tompkins county Circuit. The action was brought to recover loss sustained by plaintiff, and covered by a parol contract of insurance, alleged to have been made with plaintiff by defendant's agent. The court, after a review of the case, concluded that the jury must have inferred from the instructions in the charge of the court, that a principal must be held to have conferred and to be bound by whatever power an agent may assume to have or to exercise, and that, though there may be cases when such instructions would be proper, this was not such a case.

*Starbuck & Sawyer*, for the appellant.

*M. Goodrich*, for the respondent.

Opinion by POTTER, J.

Present — LEARNED, P. J., BOARDMAN and POTTER, JJ.

Judgment reversed and new trial granted, costs to abide the event.